IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SAMANTHA DEINERT, an individual; and SETH DEINERT, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>PORTABLE STORAGE OF NEBRASKA LLC, a Nebraska Limited Liability Company; and PODS ENTERPRISES,LLC, a Florida Limited Liability Company;<br><br>Defendants. | **4:21CV3016**<br><br>**ORDER** |

A hearing was held on Plaintiffs' motion to compel, (Filing No. 49). For the reasons stated on the record, (Filing No. 50, (audio file)),

IT IS ORDERED that on or before August 12, 2022, Defendants shall disclose any previously undisclosed "policies, procedures, manuals, or other materials relating to [their] practice of selling leased units at auction,"[1] if any, and shall provide a statement signed under oath stating all such documents were previously or have now been disclosed.

Dated this 29th day of July, 2022.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge

---

[1] Plaintiffs' Request for Production No. 6.