IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

SAMANTHA DEINERT, an individual; and SETH DEINERT, an individual;

Plaintiffs,

vs.

PORTABLE STORAGE OF NEBRASKA LLC, a Nebraska Limited Liability Company; and PODS ENTERPRISES, LLC, a Florida Limited Liability Company;

Defendants.

4:21CV3016

ORDER

After reviewing Defendants' brief in support of their motions in limine, (Filing No. 58),

IT IS ORDERED that on or before 6:00 p.m. today, October 12, 2022:

1) Plaintiffs' counsel must file a responsive brief to Defendants' motion; and,

2) Plaintiffs' counsel must file an index of evidence with attached documents showing any and all disclosures, in whatever form, served on or provided to the defendants regarding the subject matter of Defendants' motion in limine (Filing No. 58). Plaintiffs' index must also include evidence showing the Plaintiffs' computation of each category of damages claimed and all documents or other evidentiary material upon which each computation is based, including materials bearing on the nature and extent, and value of damages. Disclosures must include the date when the disclosure(s) were made.

Dated this 12th day of October, 2022.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge